United States District Court for the Eastern District of Virginia:

Pursuant to Rule 43 of the Federal Rules of Criminal procedure, I am waiving my appearance and hereby authorize David Deane, Attorney at Law to enter a plea on my behalf.

Mr. Deane and I have discussed the plea offer and I am accepting the United States' plea offer through Mr. Deane.

Sincerely,

*Adam Lynne* (signature)

Adam D. Lynne

FILED
OCT - 1 2015
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA